UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHESTER KAJKOWSKI, BRENDA              :
KILLINGSWORTH; JILL KOLBERG;           :
LORENE LINDSAY; LUCY LONG;             :
LORY LYON; LILLIAN MALONE;             :
KEVIN MASSONI; CONNIE MCLAURIN,        :
                                       :
        Plaintiffs                     :   Civil Action
v.                                     :   No. 04-11042-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
        Defendants                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004                                                Respectfully submitted,
        Boston, Massachusetts

                                                                     /s/Matthew J. Matule
                                                                     Matthew J. Matule (BBO #632075)
                                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                                            MEAGHER & FLOM LLP
Barbara Wrubel                                                       One Beacon Street
Katherine Armstrong                                                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                                (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                                       Counsel for Defendant
                                                                     Boehringer Ingelheim Pharmaceuticals, Inc.